FILED

02/14/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0709

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0709

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

CISSY DEAN MANYHIDES,

     Defendant and Appellant.

**ORDER**

Upon consideration Appellee's motion for a 60-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including April 25, 2025, within which to prepare, file, and serve its response brief.

BF

Electronically signed by:
Cory Swanson
Chief Justice, Montana Supreme Court
February 14 2025